**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
**CHARLES D. AUSTIN**
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
TELEPHONE (410) 962-7810
MDD_ CDACHAMBERS@MDD.USCOURTS.GOV

August 14, 2026

RE:   *United States of America v. Alekzander Bywater*
      Criminal Case No. BAH-24-0077
      Attorney Inquiry Hearing

Dear Counsel:

This matter was referred to me by the Honorable Brendan A. Hurson for an attorney inquiry hearing, which I held on Wednesday, August 12, 2026.  For the reasons stated on the record during the sealed hearing, I found that there is not good cause to appoint new counsel, a request raised more explicitly during the hearing than in the written Motion for Attorney-Inquiry Hearing (ECF 165).  Accordingly, Christopher C. Nieto will remain as defense counsel in this case.  Therefore, the Motion for Attorney-Inquiry Hearing (ECF 165) is GRANTED IN PART insofar as the Court held the requested hearing and otherwise DENIED to the extent it seeks to substitute counsel.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed as an order granting the request for an attorney inquiry hearing and denying the request for new counsel.

Sincerely,

/s/

Charles D. Austin
United States Magistrate Judge

cc:  Alyssa Thorn, CJA Coordinating Attorney